# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 4/17/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/17/2015 2:28:30 PM

CHRISTOPHER A. PRINE
Clerk

**TO:**      **1ST COURT OF APPEALS**

**From:**    **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:**  **2013-04925**

**VOLUME** _____ **PAGE** _____    **OR**    **IMAGE #** **64470612**

**DUE** **5/1/2015**             **ATTORNEY** **00793281**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** **1ST**

**DATE JUDGMENT SIGNED:** **3/2/2015**

**MOTION FOR NEW TRIAL DATE FILED** **N/A**

**REQUEST TRANSCRIPT DATE FILED** **N/A**

**NOTICE OF APPEAL DATE FILED** **4/16/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )** **60**

**FILE ORDERED:  YES** ☐ **NO** ☒ **IMAGED FILED:  YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** **BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ_
      **MICHELLE LOPEZ, Deputy**

**BC**      **NOTICE OF APPEAL FILED**
**BG**      **NOTICE OF APPEAL FILED – GOVERNMENT**
**C**        **JUDGMENT BEING APPEALED**
**D -**      **ACCELERATED APPEAL**
**OA**      **NO CLERK'S RECORD REQUEST FILED**
**O**        **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**)
**NA**       **AMENDED NOTICE OF APPEAL**

CAUSE NO. 2013-04,925

| | | |
|---|---|---|
| CLEAR CREEK INDEP. SCH. DIST., *et al.,* § | | IN THE DISTRICT COURT |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| GNM ENTERS. D/B/A EL SUPER, *et al.,* | § | |
| | § | |
| *Defendants.* | § | 165th JUDICIAL DISTRICT |

## VELJANOVICH DEFENDANTS' NOTICE OF APPEAL

**TO THE HON. ELIZABETH RAY, PRESIDING JUDGE OF SAID COURT:**

This Notice of Appeal is filed by Veljaco Corp., Inc., d/b/a El Super Meat Market & Taqueria and Carmen Gloria Veljanovich, collectively the "Veljanovich Defendants," parties to this proceeding who seek to appeal the trial court's judgment.

1.　　The trial court, cause number, and style of this case are as shown in the caption above.

2.　　The judgment or order appealed from was signed on March 2, 2015.

3.　　The Veljanovich Defendants desire to appeal from all portions of the judgment.

4.　　This appeal is being taken to either the First or Fourteenth Court of Appeals.

5.　　This notice is filed by the Veljanovich Defendants.

Respectfully submitted,

By: ___*Mark Aronowitz*___
　　MARK ARONOWITZ
　　Attorney for Veljanovich Defendants
　　State Bar No.: 00793281
　　P.O. Box 1201
　　Texas City, Texas 77592-1201
　　Tel:　(281) 402-6780
　　Fax:　(281) 715-4284
　　Email: markaronowitz@hotmail.com

**CERTIFICATE OF SERVICE**

I certify that I sent a copy of the Veljanovich Defendants' Notice of Appeal to all parties of record through their attorney of record by a method permitted by Rule 21a of the Texas Rules of Civil Procedure on April 16, 2015.

*Mark Aronowitz*
MARK ARONOWITZ

NO 2013-04925

| | | |
|---|---|---|
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | § | IN THE DISTRICT COURT OF |
| VS | § | HARRIS COUNTY, TEXAS |
| GNM ENTERPRISES D/B/A EL SUPER, ET AL | § | 165TH JUDICIAL DISTRICT |

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## FINAL JUDGMENT

On the 14th day of January, 2015, this cause being called in its regular order, came the

Plaintiff Taxing Units(s) whether Plaintiff(s), Intervenor(s) or Impleaded Plaintiff(s), to wit

CLEAR CREEK INDEPENDENT SCHOOL DISTRICT (CLEAR CREEK ISD)

HARRIS COUNTY for itself and for the other county wide taxing authorities named herein below (hereinafter HARRIS COUNTY)

CITY OF WEBSTER (CITY OF WEBSTER)

Harris County collects on behalf of itself and certain county-wide taxing authorities which are the Harris County Department of Education, the Port of Houston Authority of Harris County, the Harris County Flood Control District, and the Harris County Hospital District, all of which are included within the references to Harris County made herein

The Defendant(s) are as follows

' ARACELI ZAPATA D/B/A EL SUPER, has previously filed a written answer in this cause and has been given notice of the trial date and who has appeared/~~failed to appear~~ in court

' VELJACO CORPORATION D/B/A EL SUPER MEAT MARKET AND TAQUERIA, has previously filed a written answer in this cause and has been given notice of the trial date and who has appeared/~~failed to appear~~ in court

• FREDI OMAR MELENDEZ D/B/A EL SUPER MARKET AND TAQUERIA, though duly served with process failed to appear and answer in this suit, and wholly made default



FILED
Chris Daniel
District Clerk

JAN 14 2015

Time:_____
By_____
Harris County, Texas
Deputy

CAUSE NO 2013-04925
Page 1 of 7

CARMEN GLORIA VELJANOVICH, has previously filed a written answer in this cause and has been given notice of the trial date and who has appeared/~~failed to appear~~ in court

All matters of controversy, both of fact and of law, were submitted to the Court. The Court, after considering the pleadings, evidence, and arguments of counsel, grants judgment as follows

IT IS ORDERED that the Plaintiff Taxing Unit(s) shall not be granted any monetary relief against any defendant identified above as IN REM ONLY

IT IS ORDERED that the Plaintiff Taxing Unit(s) recover of and from the Defendant(s), as indicated above, the total sum of money set out below, which claims are secured by tax liens against the property hereinafter described

TRACT 1 BUSINESS PERSONAL PROPERTY CONSISTING OF COMPUTERS, FURNITURE, FIXTURES, INVENTORY, MACHINERY AND OTHER EQUIPMENT, LOCATED IN HARRIS COUNTY, TEXAS
Account: P435453
Account 2205918500000

TRACT 1

|  | Tax Years | Delinquent Base Tax | Penalty & Interest | 33.48 Atty's Fee | Title Research | Total |
|---|---|---|---|---|---|---|
| CLEAR CREEK ISD | 2008 | $666 44 | $743 75 | $0 00 | $150 00 | $1,560 19 |
| HARRIS COUNTY | 2006 - 2008 | $544 29 | $717 94 | $ 00 | $ 00 | $1 262 23 |
| CITY OF WEBSTER | 2006 - 2008 | $169 91 | $227 76 | $ 00 | $ 00 | $397 67 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

IT IS ORDERED that the Plaintiff taxing units, do have and recover from the Defendant(s) interest at the rate of one (1%) percent per month or portion of a month on the base tax amount for the 2013 and prior tax years from February 1, 2015 until paid

IT IS ORDERED that certain cost incurred by Perdue, Brandon, Fielder, Collins & Mott, L.L P as attorneys for certain Plaintiff Taxing Unit(s) in this matter for service of process and filing fees in the amount of $260.39 be recovered from the Defendant(s), for which let execution

issue

IT IS ORDERED that the Plaintiff Taxing Unit(s), do have and recover from the Defendant(s), all court costs that have been, and will be incurred in the prosecution of this cause All costs of court shall be paid by the Defendant(s), for which let execution issue

IT IS ORDERED that KELLI HAMILTON, Tax Master, be awarded $35 00 as a Tax Master Fee and that such amount be taxed as costs in this case

IT IS ORDERED that the following taxing units, having been joined herein but having failed to plead and prove their claims for delinquent taxes on the above described real property, shall have their tax liens on such property extinguished for all delinquent taxes due, as of the date of this judgment, pursuant to the provisions of the Texas Property Tax Code, to wit

NONE

IT IS ORDERED that Plaintiff Taxing Unit(s) are allowed all such writs and processes as may be necessary in the enforcement and collection of the judgment

IT IS ORDERED that this Judgment is all things without prejudice to the authority and power of Plaintiff Taxing Unit(s) to hereafter levy and collect taxes or to maintain a suit or suits to enforce and recover any taxes for the 2014 tax year and/or subsequent tax years on the property herein described

IT IS ORDERED that for all the above recovery, let execution issue

IT IS ORDERED that all parties named in any pleadings filed by any party and not included in the judgment, and any property set out in previous pleadings but not included in this judgment, are hereby dismissed without prejudice to the right to refile their claims Any other relief previously requested and not herein granted is expressly denied This judgment finally

disposes of all parties and all claims and is appealable

Signed this the _2nd_ day of _March_ , 2015

_Elizabeth Ray_

JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE

APPROVED BY

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L L P


_[signature]_

Email Address - PBFCM-Houston@pbfcm com
JASON L  BAILEY /SBOT # 00790253
R  GREGORY EAST / SBOT # 24007138
OTILIA R  GONZALES / SBOT # 24010360
YOLANDA M  HUMPHREY / SBOT # 24009764
LESLIE M  SCHKADE / SBOT # 24049813
OWEN M  SONIK / SBOT # 18847250
ELIZABETH WIEHLE-WANG / SBOT # 24075276
LISA MARIE URESTI / SBOT # 24075199
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TEXAS 77008
(713) 862-1860 (713) 862-1429 FAX


LINEBARGER, GOGGAN, BLAIR
& SAMPSON, LLP


BY _[signature]_
PANKAJ R  PARMAR/ SBOT #00792098
HERBERT STONE/ SBOT #24041980
ANGELICA M  HERNANDEZ/ SBOT #00797872
VICTORIA VONDER HAAR/ SBOT 24028102
DAMON D  EDWARDS/ SBOT #24027156
4828 LOOP CENTRAL DRIVE, STE 600
HOUSTON, TEXAS 77081
(713) 844-3400 (713) 844-3501 FAX


APPROVED AS TO FORM ONLY:

By _[signature]_
MARK ARONOWITZ
SBN 00793281
ATTORNEY FOR DEFENDANTS
P O BOX 1201
TEXAS CITY TX 77592-1201
TEL· (281) 402-6780
FAX· (281) 715-4284
EMAIL· markaronowitz@hotmail.com

| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | § | IN THE 165TH DISTRICT COURT |
|---|---|---|
| | § | |
| VS | § | IN AND FOR |
| | § | |
| GNM ENTERPRISES D/B/A EL SUPER, ET AL | § | HARRIS COUNTY, TEXAS |

## CERTIFICATE OF LAST KNOWN MAILING ADDRESS

The undersigned, as Attorney for the Plaintiff in the above numbered and entitled cause, does hereby certify that the last known mailing address of the party against whom judgment is taken is

FREDI OMAR MELENDEZ D/B/A EL SUPER MARKET AND TAQUERIA
10906 CLEARSABLE LN
HOUSTON, TX 77034

Witness my hand the 14th day of January, 2015

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P
ATTORNEYS AT LAW
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860 FAX (713) 862-1429

BY _____

File # 120963

Email Address - PBFCM-Houston@pbfcm com
JASON L BAILEY /SBOT # 00790253
R GREGORY EAST / SBOT # 24007138
OTILIA R GONZALES / SBOT # 24010360
YOLANDA M HUMPHREY / SBOT # 24009764
LESLIE M SCHKADE / SBOT # 24049813
OWEN M SONIK / SBOT # 18847250
ELIZABETH WIEHLE-WANG / SBOT # 24075276
LISA MARIE URESTI / SBOT # 24075199

# CERTIFICATE OF SERVICE

This instrument was served in accordance with Rule 21 and 21a of the Texas Rules of Civil

Procedure on this ___14___ day of __January_____, 2015

*[signature]*

Email Address - PBFCM-Houston@pbfcm com
JASON L BAILEY /SBOT # 00790253
R GREGORY EAST / SBOT # 24007138
OTILIA R GONZALES / SBOT # 24010360
YOLANDA M HUMPHREY / SBOT # 24009764
LESLIE M SCHKADE / SBOT # 24049813
OWEN M SONIK / SBOT # 18847250
ELIZABETH WIEHLE-WANG / SBOT # 24075276
LISA MARIE URESTI / SBOT # 24075199


CC MARK ARONOWITZ Attorney for ARACELI ZAPATA D/B/A EL
SUPER and VELJACO CORPORATION D/B/A EL SUPER MEAT
MARKET AND TAQUERIA
Fax (281) 715-4284

CC CARMEN GLORIA VELJANOVICH - Pro Se Answer,
DEFENDANT (BY REG MAIL & CMRRR)
8951 NORHAM DR
HOUSTON, TX 77083
DKey 1485-120963-5/ CR# _____

CC FREDI OMAR MELENDEZ D/B/A EL SUPER MARKET AND
TAQUERIA, DEFENDANT
10906 CLEARSABLE LN
HOUSTON, TX 77034
DKey 1485-120963-4/ BY REG MAIL

NO 2013-04925

| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | § | IN THE 165TH DISTRICT COURT |
|---|---|---|
| VS | § | IN AND FOR |
| GNM ENTERPRISES D/B/A EL SUPER, ET AL | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF NON-MILITARY STATUS

Before me, the undersigned authority, personally appeared the undersigned affiant, known to me as Otilia Gonzales  who, being by me duly sworn, on oath stated

"I am Plaintiff's attorney of record in the above number cause

Based upon the review of Plaintiff's records, I have good reason to believe, and do believe that Defendant(s) **FREDI OMAR MELENDEZ D/B/A EL SUPER MARKET AND TAQUERIA** was/were not in any branch of the military when this suit was filed, has not been in military service at any time since then, and is/are not now in active military service in any branch of the United States military  Pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940, the above information is based upon a Military Status Report, (which is attached) located on a website maintained by the Defense Manpower Data Center which is an organization of the United States Department of Defense  The information provided in the Military Status Report is based upon the Defendants Social Security number and last name

I have personal knowledge of the matters stated herein, all of which are true and correct"

By _____

Email Address - PBFCM-Houston@pbfcm com
JASON L  BAILEY /SBOT # 00790253
R  GREGORY EAST / SBOT # 24007138
OTILIA R  GONZALES / SBOT # 24010360
YOLANDA M  HUMPHREY / SBOT # 24009764
LESLIE M  SCHKADE / SBOT # 24049813
OWEN M  SONIK / SBOT # 18847250
ELIZABETH WIEHLE-WANG / SBOT # 24075276
LISA MARIE URESTI / SBOT # 24075199

Signed and sworn to before me on the ____13th____ day of

____January____, 2015

_____
Notary Public in and for the State Of Texas

JACLYN ISHAM
MY COMMISSION EXPIRES
November 18, 2017

CAUSE NO 2013-04925



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name. <u>MELENDEZ</u>

First Name· <u>FREDI</u>

Middle Name  <u>OMAR</u>

Active Duty Status As Of  <u>Jan-13-2015</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard)  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty

Mary M  Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

• The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940) DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink mil" URL http //www defenselink mil/faq/pis/PC09SLDR html If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you See 50 USC App § 521(c)

This response reflects the following information (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1) Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs) Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U S Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps)

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1)

Many times orders are amended to extend the period of active duty, which would extend SCRA protections Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester Providing erroneous information will cause an erroneous certificate to be provided

## Certificate ID J152MD7DK1BDLE0



Tuesday, January 13, 2015

| Account Number | Address | Owner Name | ? |

13-Digit Number [_____] [ search ]

Tax Year: [2009 ▾]

## HARRIS COUNTY APPRAISAL DISTRICT
### PERSONAL PROPERTY ACCOUNT INFORMATION
### 2059185

🖶 Print   ✉ E-mail

### Owner and Property Information

| Owner Name & Mailing Address | **ARACELI ZAPATA**<br>**EL SUPER**<br>**803 E NASA RD STE 112**<br>**WEBSTER  TX  77598** | Property Address: | **803 E NASA RD**<br>**WEBSTER TX 77598** |
|---|---|---|---|
| | | Description: | **None** |

| State Class Code | Property Type |
|---|---|
| L1 -- Tangible, Commercial | A -- Business Personal Property |

| SIC Code | Square Ft | Key Map® |
|---|---|---|
| 5411A -- SUPERMARKET-INDEPENDENT | 3,000 | 618Y |

### Value Status Information

| Value Status | Notice Date |
|---|---|
| Noticed | 9/18/2009 |

### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | ARB Status | 2008 Rate | 2009 Rate | Online Tax Bill |
|---|---|---|---|---|---|---|
| None | 027 | CLEAR CREEK ISD | Supplemental: 11/19/2009 | 1.36000 | 1.36000 | |
| | 040 | HARRIS COUNTY | Supplemental: 11/19/2009 | 0.38923 | 0.39224 | |
| | 041 | HARRIS CO FLOOD CNTRL | Supplemental: 11/19/2009 | 0.03086 | 0.02922 | |
| | 042 | PORT OF HOUSTON AUTHY | Supplemental: 11/19/2009 | 0.01773 | 0 01636 | |
| | 043 | HARRIS CO HOSP DIST | Supplemental  11/19/2009 | 0.19216 | 0.19216 | |
| | 044 | HARRIS CO EDUC DEPT | Supplemental· 11/19/2009 | 0.00584 | 0.00605 | |
| | 084 | CITY OF WEBSTER | Supplemental: 11/19/2009 | 0.20600 | 0.23252 | |

### Valuations

| | 2008 Value | 2009 Value |
|---|---|---|
| Total Appraised | -- | 47,647 |

### Value Detail

| Category | 2008 Value | 2009 Value |
|---|---|---|
| Aircraft | 0 | 0 |
| Vessels | 0 | 0 |
| Inventory | 0 | 28,170 |
| Supplies | 0 | 0 |
| Raw Materials | 0 | 0 |
| Work In Progress | 0 | 0 |
| Furniture and Fixtures | 0 | 2,417 |
| Machinery and Other Equipment | 0 | 14,860 |

| | | |
|---|---|---|
| Computers | 0 | 2,200 |
| Leasehold Improvements | 0 | 0 |
| Vehicles | 0 | 0 |
| Miscellaneous | 0 | 0 |

**Home | Record Search | Forms | Maps | Resources | Help**

Thank You for Visiting Harris County Appraisal District All Rights Reserved.



tanart

Clerk

- Codes
- Help

# Assumed Names

| File No.: | Search | | |
|---|---|---|---|
| ⊙ ○ Business Owner EL-SUPER | Search | Clear | **3 Record(s) Found.** |
| *Enter Last Name First No Punctuation | | | |
| Date: YYYYMMDD | Search | | |

| File Number | Business Name and Address | Owner Name(s) and Address(es) | Status Type Date YYYYMMDD | Term | Pgs | Film Date |
|---|---|---|---|---|---|---|
| B381919 | EL-SUPER 803 E Nasa Rd 1 Suite 112 Webster TX 77598 | Gnm Enterprises 9820 Gulf Freeway Houston TX 77034 | Unknown 20050707 | 10 | 1 | 236911292 |
| B440846 | EL-SUPER 803 E Nasa Rd 1 Suite 112 Webster TX 77598 | Gnm Enterprises 9820 Gulf Freeway Houston TX 77034 | Withdrawn Unknown 20080623 | | 1 | 238990331 |
| B440847 | EL-SUPER 803 E Nasa Rd #112 Webster TX 77598 | Zapata Araceli 3110 Carolyn Bacliff TX 77518 | Unincorporated 20080623 | 10 | 1 | 238990332 |

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1001 PRESTON AVE , SUITE 100
HOUSTON, TEXAS 77002

*HC*

# EXHIBIT A

**Certified Owner**

EL SUPER
GNM ENTERPRISES INC
12433 SHADY DOWNS DR
HOUSTON, TX  77082-5657

**Account No: 220-459-360-0000**

As of Date   01/14/2015     APPR DIST# 2045936
Cause No ·  201304925 Suit

**Legal Description**

Business Personal Property
CMP F&F INV M&E

Legal Acres        0000
Parcel Address    803 NASA
Print Date         12/22/2014     Printed By   LBMALOPEZ
2014 Value·        $0

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2006 | $37,051 | 40 | $122 11 | $182 68 | $0 00 | $304 79 |
| | $37 051 | 41 | $9 83 | $14 71 | $0 00 | $24 54 |
| | $37,051 | 42 | $3 95 | $5 91 | $0 00 | $9 86 |
| | $37,051 | 43 | $58 32 | $87 25 | $0 00 | $145 57 |
| | $37,051 | 44 | $1 91 | $2 85 | $0 00 | $4 76 |
| | $37,051 | 84 | $78 14 | $116 90 | $0 00 | $195 04 |
| | $37,051 | 1105 | $27 43 | $37 08 | $0 00 | $64 51 |
| **Subtotals for 2006:** | | | **$301 69** | **$447 38** | **$0.00** | **$749.07** |
| 2008 | $44,548 | 40 | $173 39 | $145 65 | $63 81 | $382 85 |
| | $44,548 | 41 | $13 75 | $11 55 | $5 06 | $30 36 |
| | $44,548 | 42 | $7 90 | $6 64 | $2 91 | $17 45 |
| | $44 548 | 43 | $85 60 | $71 90 | $31 50 | $189 00 |
| | $44,548 | 44 | $2 60 | $2 18 | $0 96 | $5 74 |
| | $44,548 | 84 | $91 77 | $77 09 | $33 77 | $202 63 |
| | $44,548 | 1105 | $37 50 | $31 50 | $13 80 | $82 80 |
| **Subtotals for 2008.** | | | **$412 51** | **$346.51** | **$151 81** | **$910 83** |
| **TOTAL AMOUNT DUE** | | | **$714 20** | **$793 89** | **$151 81** | **$1,659 90** |

**Tax Unit Codes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority | 43 | Harris County Hospital District |
| 44 | Harris County Dept of Education | 84 | City of Webster | 1105 | Rendition Penalty - 1105 | | |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES*

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE , SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner**

EL SUPER
GNM ENTERPRISES INC
12433 SHADY DOWNS DR
HOUSTON, TX   77082-5657

**Account No: 220-459-360-0000**

As of Date    01/14/2015    APPR DIST# 2045936
Cause No    201304925 Suit

**Legal Description**

Business Personal Property
CMP F&F INV M&E

| Legal Acres | 0000 | | |
|---|---|---|---|
| Parcel Address | 803 NASA | | |
| Print Date | 12/22/2014 | Printed By | LBMALOPEZ |
| 2014 Value: | $0 | | |

## Totals By Tax Unit

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 40 | $295 50 | $328 33 | $63 81 | $687 64 |
| 41 | $23 58 | $26 26 | $5 06 | $54 90 |
| 42 | $11 85 | $12 55 | $2 91 | $27 31 |
| 43 | $143 92 | $159 15 | $31 50 | $334 57 |
| 44 | $4 51 | $5 03 | $0 96 | $10 50 |
| CW Total      40 - 44 | $479 36 | $531 32 | $104 24 | $1 114 92 |
| 84 | $169 91 | $193 99 | $33 77 | $397 67 |
| 1105 | $64 93 | $68 58 | $13 80 | $147 31 |
| **TOTAL AMOUNT DUE** | **S714 20** | **S793 89** | **S151 81** | **S1,659 90** |

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this 30  day of  Dec.   20 14

MIKE SULLIVAN
Tax Assessor-Collector
Harris County Texas

By
Deputy

# CERTIFICATION OF DELINQUENT TAX RECORDS

My name is T.J. CAPPEL. I am the Tax Assessor/Collector for the following tax units located in Harris County, Texas. I collect the property taxes for CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, referred to below as "Tax Units."

I certify that the attached delinquent tax roll statement is a true and correct copy of the entries showing the property, its appraised value, and the amount of tax, penalties, and interest imposed on the property as such entries appear on the Tax Units' delinquent tax roll.

Signed this the ___18th___ day of ___December___, 2014.


T.J. CAPPEL, Tax Assessor/Collector for
CLEAR CREEK INDEPENDENT SCHOOL DISTRICT


By _____
       ☐ Tax Collector ☐ Deputy

# Tax Statement

## CLEAR CREEK INDEPENDENT SCHOOL DISTRICT

P O BOX 799
LEAGUE CITY, TX 77574
Telephone (281) 284-0218

EL SUPER
803 E NASA PARKWAY, STE 112
WEBSTER, TX 77598

Taxpayer ID 97274

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED
IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES

| | Tax Year | Tax Due | P and I | Total Due |
|---|---|---|---|---|
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | | | | |
| Legal BUSINESS PERSONAL PROPERTY CMP F&F INV M&E | | | | |
| GEO Code P435453     Client Property Code H8600-0425-1723-000 | | | | |
| | 2008 | $666 44 | $743 75 | $1,410 19 |
| Property P435453 Subtotal --> | | | | $1,410 19 |

| | |
|---|---|
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT TOTAL --> | $1,410 19 |

*Total If Paid By 1/31/2015*  $1,410 19

NO 2013-04925

| | | |
|---|---|---|
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | § | IN THE 165TH DISTRICT COURT |
| VS | § | IN AND FOR |
| GNM ENTERPRISES D/B/A EL SUPER, ET AL | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF RESEARCH COSTS

BEFORE ME, on this day, personally appeared Plaintiff's attorney, who is personally known to me and first being duly sworn according to law upon oath deposes and says the following

"I am over eighteen (18) years of age, and I am a resident of HARRIS County, Texas I have never been convicted of a crime, and I have personal knowledge of the facts stated herein, which are all true and correct

I am an attorney with the firm of PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P. Our firm is under contract with the Plaintiff or Intervener taxing entities for the collection of delinquent property taxes On behalf of our clients, we have incurred certain expenses in determining the name, identity, and location of necessary parties and in procuring necessary legal descriptions of the property on which the delinquent taxes are due The amount of such expenses in this case is $150.00 I am familiar with the reasonable and customary charges for determining such information and would certify that the above amount is reasonable and necessary. Such expenses are recoverable, as a cost of suit, by virtue of Section 33 48 of the Texas Property Tax Code."

Email Address - PBFCM-Houston@pbfcm com
JASON L BAILEY /SBOT # 00790253
R GREGORY EAST / SBOT # 24007138
OTILIA R GONZALES / SBOT # 24010360
YOLANDA M HUMPHREY / SBOT # 24009764
LESLIE M SCHKADE / SBOT # 24049813
OWEN M SONIK / SBOT # 18847250
ELIZABETH WIEHLE-WANG / SBOT # 24075276
LISA MARIE URESTI / SBOT # 24075199

SUBSCRIBED AND SWORN TO BEFORE ME this ___13th___ day of ___January___, 2015, which witness my hand and official seal

JACLYN ISHAM
MY COMMISSION EXPIRES
November 18, 2017

Notary Public, State Of Texas

CAUSE NO 2013-04925

*Clear Creek*
*Exh. "C"*

NO 2013-04925

| | | |
|---|---|---|
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | § | IN THE 165TH DISTRICT COURT |
| VS | § | IN AND FOR |
| GNM ENTERPRISES D/B/A EL SUPER, ET AL | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF COSTS

BEFORE ME, the undersigned official, on this day personally appeared Plaintiff's attorney who is personally known to me and first being duly sworn according to law upon oath deposes and says the following

"I am over eighteen (18) years of age, of sound mind, and capable of making this affidavit The facts stated in this affidavit are within my personal knowledge and are true and correct

I am an attorney with the firm of PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P There are $260 39 in fees and expenses incurred in the prosecution of this litigation for service of process through the Secretary of State and/or service of process in a county outside of HARRIS County, and/or electronic filing fees and/or other usual costs that are in addition to the costs listed by the HARRIS County District Clerk Such expenses are recoverable, as a cost of suit, by virtue of Section 33 48 of the Texas Property Tax Code "

Email Address - PBFCM-Houston@pbfcm com
JASON L BAILEY /SBOT # 00790253
R GREGORY EAST / SBOT # 24007138
OTILIA R GONZALES / SBOT # 24010360
YOLANDA M HUMPHREY / SBOT # 24009764
LESLIE M SCHKADE / SBOT # 24049813
OWEN M SONIK / SBOT # 18847250
ELIZABETH WIEHLE-WANG / SBOT # 24075276
LISA MARIE URESTI / SBOT # 24075199

SUBSCRIBED AND SWORN TO BEFORE ME this 13th day of

January ,2015, which witness my hand and official seal

Notary Public, State Of Texas

CAUSE NO 2013-04925

JACLYN ISHAM
MY COMMISSION EXPIRES
November 18, 2017

# CONTRACT TO SELL BUSINESS

Agreement made this 2nd day of January 2009 by and between GNM Enterprises Inc DBA El Super (Herein after referred to as "Seller") and Gloria C Velijanovich, Jose Luis Hernandez and Violeta Matos (herein after referred to as the "Buyer") Where as the Seller desires to sell and the Buyer desires to buy their "El Super" a grocery store located at 803 E. Nasa Road I Suite #112 Webster, Texas 77598 And all assets there of as contained in.

The parties here to agree and covenant as follows:

1) The business to be sold here under shall be conveyed by this Sales Contract executed by both the Buyer and the Seller.

2) The seller agrees and confirms to convey good, clear and marketable title to all the business to be sold here under the same to be free and clear of all the liens and encumbrances. Full possession of said business, with the exception of the Jewelry Corner, will be delivered in "as is" condition. Please see Exhibit B for full description of The Jewelry Corner. The Jewelry Corner with the exception of its contents, will also be delivered in "as is" condition upon the last installment payment to the Seller marking full and final payment of the total purchase price. The Buyer agrees and covenants that Buyer will not sell any of the equipments, fixtures and fittings until Buyer has paid in full the total purchase price as reflected in Exhibit A.

3) Consummation of the sale with the payment by the Buyer as detailed in payment schedule in Exhibit A and will take place on or before 10 th January 2009.

4) Buyer expressly agrees that it accepts the terms and conditions of the current lease and assumes all of Seller's obligations under the current Lease Agreement including Seller's responsibility to pay the monthly rent for the premises.

5) This agreement shall bind and insure to the benefit of the Seller and the Buyer.

6) Buyer also agrees to defend and indemnify the Seller for any and all legal proceedings that occur during this contractual agreement. Buyer further warrants that it will defend and indemnify the Seller for any legal actions brought against El-Super Grocery Store.

7) At the time of execution of this Agreement, all parties have represented to each other their intention to fulfill the terms of this Agreement.

8) It is expressly understood that the terms of this Agreement are contractual and not merely recitals.

9) It is further understood and agreed that this Agreement shall be binding on and inure to the benefit of the parties to this Agreement and those persons and entities named in this Agreement. This Agreement may not be assigned without written consent of both the parties to this Agreement.

10) It is further understood and agreed that this Agreement contains the entire agreements between the parties and supersedes any and all prior Agreements arrangements, discussions, or understandings between the parties relating to matters addressed herein. No oral understandings, statements, promises, or inducements contrary to the terms of this Agreement exist. In making this

VELJACO CORP BY. I

Agreement, the parties warrant that they have not relied upon any statements or representations other than what is contained in this Agreement. The Agreement may be amended only by an instrument in writing executed by both parties.

11) Both parties further warrant that they have, prior to the execution of this Agreement obtained and acted on the advice and consent of counsel to execute this Agreement.

12) It is understood and agreed that this Agreement shall be governed by, construed and enforced in accordance with the substantive law of the Sate of Texas without reference to any choice of law provisions contained therein. Any dispute over the terms of this Agreement shall be brought in Harris County, Texas.

13) Each person signing this Agreement on behalf of a party warrants and expressly convenants that he or she is authorized to execute this Agreement.

14) It is understood and agreed that this Agreement may be executed in counterparts, each of which shall be deemed an original for all purposes.

15) The waiver by any party of a breach of any provision shall not operate or be construed as a waiver of any subsequent breach by any party.

16) If, at any time after the effective date of this Agreement, any provision of this Agreement shall be held to illegal, void, or unenforceable by a Court of competent jurisdiction, that provision shall be of no force and effect. However, the illegality or enforceability of such provision shall no effect on, and shall not impair the enforceability of, any other provision of this Agreement.

17) Both parties to this Agreement have been represented by counsel who all had input into this Agreement, so that the parties agree that it should not be construed against any of the parties on the basis of which party prepared the Agreement.

18) If the buyer decided to close the business the said person should give atleast 60

days written notice of he or she deciding to close the said business.

IN WITNESS WHEREOF, The parties here to have caused this instrument to be executed in triplicate on the day and year first above written.

Signed this 2nd day of January 2009.
Seller

For GNM Enterprises INC.
DBA El Super
803 E. Nasa Road I
suiite #112

Webster, Texas 77598

BUYER
Gloria C Veljanovich
SSN 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
Jose Luis Hernandez
SSN 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
Violeta Matos
SSN 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

(G.D. Nebhnani or Nitin Nebhnani)
Director

Witness                                        Witness

## PAYMENT SCHEDULE
## EXHIBIT A

The payment of $50,000 00 ( Fifty thousand U S Dollars only) will be made in the following manner

Initial down payment of $10,000 00 (Ten thousand U S Dollars) in certified funds upon the sighing of the Agreement

Balance payment of $40,000 00 ( Forty thousand U S Dollars) in 3 initial payments starting from March 2009 through May 15th 2009 for $1000 ( One thousand U S.Dollars) and 24 payments of $1541 66 (One thousand five hundred and forty one dollars and 66 cents) following on the 15th (Fifteenth) of each successive month until the entire purchase price as been paid in full The monthly payments are due by the close of business on the 15th of each month Should the 15th fall on a weekend or a legally recognized holiday, the payment shall be due by the close of business on the following day Payment in considered late after the expiration of 5 (Five) days from when the monthly payment is due

If a monthly payment is late as per the terms listed in the preceding section, the Buyer is to pay a 10% penalty due immediately with the monthly payment If payment is not made within 30 (thirty) days of the original monthly payment due date, Buyer is to be considered in breach of this Agreement

If the Buyer is in breach of this agreement, the Seller will have the right to cancel the Sales Agreement and take immediate possession of the eqipments and fixtures The Buyer hereby agrees that all payments will be forfeited and that the Buyer will have no claims whatsoever for the said equipments and fixtures either in law or equity for the business

Signed on this        day of     2009                          :

Seller

For GNM Enterprises INC.
DBA EL SUPER
803 E NASA RD #1
SUITE #112
webster, texas 77598

Buyer

Gloria C Veljanovich
SSN 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

# PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT is made this 27TH day of **July, 2011**, by and between Veljaco Corporation (Carmen Veljanovich), Jose L Hernandez, and Violeta Matos, (sellers) and Odilia Melendez and Fredy Omar Melendez (buyers).

## RECITALS:

WHEREAS, Veljaco Corporation, Carmen Veljanovich, Jose L Hernandez, and Violeta Matos (Sellers) **Carmen Veljanovich, Jose L Hernandez, and Violeta Matos** operated its business **El Super Meat Market** at certain leased real properties identified in Exhibit A (collectively the "Premises"), and

WHEREAS, Buyer desires to purchase from Seller, and Seller desires to sell to Buyer, all Seller's rights, title and interest, if any, in and to certain assets on the terms described below.

NOW, THEREFORE, the parties agree as follows:

**1.    Preamble; Preliminary Recitals.**

The preamble and preliminary recitals set forth above are by this reference incorporated in and made a part of this Agreement

**2.    Purchase of Assets.**

Subject to the provisions of this Agreement, Buyer agrees to purchase, and Seller agrees to sell, all Seller's rights, title and interest, if any, in and to the Purchased Assets, as defined in this paragraph. The purchase price for the Purchased Assets shall be $55,000 ("**Purchase Price**") "**Purchased Assets**" as listed under Exhibit A under (Purchase of Assets). means, collectively all tangible property, including but not limited to, furniture, fixtures, machinery, equipment, tools, and inventory ("**Inventory**"), and the following intangible property all right, title and interest of Seller, if any, under leases of personal property and equipment and under the leases for the Premises, intellectual property (including, without limitation, trademarks, tradenames, and service marks), telephone numbers and telephone listings, trade accounts receivable ("**Accounts**"), promissory notes arising from Accounts, all causes of action related to the Purchased Assets, contingent and unliquidated claims, counterclaims and rights to setoff claims related to the Purchased Assets, customer lists, goodwill and other intangible property related to the Business, which is located at the Premises on the Closing Date, but excluding all other assets of Seller and specifically excluding. (i) cash; (ii) any accounting related books and records, whether written or electronically recorded, (iii) causes of action not related to the Purchased Assets, (iv) contingent and unliquidated claims of every nature except those related to the Purchased Assets, including tax refunds, counterclaims, and rights to set off claims, (v) deposits and (vi) any personal property subject to any security interest in favor of a third party.

**3.    Payment of Purchase Price.**

Buyer shall deliver to Seller by certified or bank check, $30,000   The remaining balance of $25,000 shall be paid in 21 monthly installments of $1,200 due every 6th of every month starting September 6th, 2011

**4.    Assumption of Liabilities.**

At Closing Buyer shall assume and agree to pay, discharge or perform as appropriate only the following liabilities and obligations (the "**Assumed Liabilities**").

a.    All obligations with respect to the Premises arising on or after Closing, as described under line (d) seller will assume all responsibilities in regards to previous liabilities

b    All obligations under customer purchase orders,

c    All leases of personal property and equipment, and contracts or agreements with vendors providing services to the Business after the Closing Date,

d    All obligations with respect to the factored accounts receivable of Veljaco Corporation.

Veljaco Ex. 2

Except for the Assumed Liabilities, Buyer is not assuming, nor shall it in any way be liable or responsible for, any liabilities, obligations or debts of Seller, whether accrued, absolute, contingent or otherwise, arising before or after the Closing.

6. **Covenants of Seller.**
Seller hereby covenants and agrees with Buyer that:

a    Until the Closing Seller shall use its best efforts to maintain its current relationships with suppliers, customers and others having business relations with Seller in connection with the Purchased Assets

b    Until the Closing, except as may be first approved in writing by Buyer or as is otherwise permitted or contemplated by this Agreement, Seller shall conduct its business and all transactions with respect to the Purchased Assets, only in the usual and ordinary course of business consistent with Seller's past practice.

c    Until the Closing, Seller shall make no sale of assets other than in the ordinary course of Seller's past practice

d   Seller agrees that seller of any family members will not obtain any business related to money transfers in the surrounding area of at least 20 miles

7. **Closing.**

a    The consummation of the purchase and sale of the Purchased Assets (the "Closing") shall be held on August 27, 2011 or sooner by agreement of the parties, at such place as Buyer and Seller may agree

b    At the Closing, Seller shall deliver the Purchased Assets to Buyer and shall deliver the following documents to Buyer:

   i    an Bill of Sale in substantially the form of Exhibit B;
   ii   such other documents as may be reasonably requested by Purchaser in connection with the consummation of the transactions contemplated by this Agreement.

c    At Closing Buyer shall pay to Seller the Purchase Price and shall deliver to Seller the following documents

   i    executed counterparts of the Assignment;
   ii   a secretary's certificate in the form satisfactory to Seller's counsel relating to incumbency and corporate proceedings authorizing the transactions contemplated by this Agreement; and
   v    such other documents as may be reasonably requested by Seller in connection with the consummation of the transactions contemplated by this Agreement

8. **Delivery and Condition of the Purchased Assets.**

a.    Immediately upon completion of the Closing, Seller shall be deemed to have fully and completely transferred to Buyer all his rights, title and interest, if any, in, as well as possession, custody and control of, the Purchased Assets  Seller shall not be liable or responsible for any liabilities or obligations of any kind or nature whatsoever arising out of, under, or related to the Purchased Assets from and after the Closing.

b    Buyer agrees that it is purchasing and shall take possession of the Purchased Assets in their AS IS, WHERE IS condition and acknowledges that it has previously been given the opportunity to and has conducted such investigations and inspections of the Purchased Assets as it has deemed necessary or appropriate for the purposes of this Agreement

c    EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, SELLER DOES

2

NOT MAKE ANY EXPRESS OR IMPLIED REPRESENTATIONS, STATEMENTS, WARRANTIES, OR CONDITIONS OF ANY KIND OR NATURE WHATSOEVER CONCERNING THE PURCHASED ASSETS, INCLUDING (WITHOUT LIMITING THE GENERALITY OF THE FOREGOING) ANY WARRANTIES REGARDING THE OWNERSHIP, CONDITION, QUANTITY AND/OR QUALITY OF ANY OR ALL OF THE PURCHASED ASSETS AND ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED

**9. Conditions Precedent to Closing.**

The performance by Seller and Buyer of their respective obligations under this Agreement is subject to the condition that on the Closing Date no suit, action or other proceeding shall be pending before any court or governmental or regulatory authority which seeks to restrain or prohibit or to obtain damages or other relief in connection with this Agreement or the consummation of the transactions contemplated by this Agreement.

**10. Default.**

a    If Seller fails to make the required deliveries at the Closing or otherwise defaults under this Agreement, then Buyer shall have the right to terminate this Agreement and thereupon this Agreement shall be null and void and of no legal effect whatsoever  If so terminated, each party hereto shall suffer their own losses, costs, expenses or damages arising out of, under or related to this Agreement.

**11. Indemnity.**

Buyer shall indemnify, defend and hold Seller harmless from and against any and all losses, liabilities, damages, costs and obligations (or actions or claims in respect thereof) (including reasonable counsel fees), which Seller may suffer or incur arising out of or based upon

a    the breach of any representation, warranty, covenant or agreement of Buyer contained in this Agreement,

b    the Assumed Liabilities, and

c.    the operation of the Business and the use of any of the Purchased Assets after the Closing

**12. Notices.**

Any notice required or permitted by this Agreement shall be in writing and effectively delivered for all purposes if delivered personally, by overnight delivery service or by United States mail, certified mail, postage prepaid, return receipt requested and·

If directed to Seller    8951 Norham Dr
Houston, Tx  77083

If directed to Buyer    2853 Morning Mist Ln
Dickinson, Tx  77539

All notices shall be deemed delivered upon receipt

**13. Survival.**

The representations, warranties and covenants contained herein shall not survive the execution and delivery of this Agreement and Closing.

**14. Amendment and Modification.**

This Agreement may be amended, modified or supplemented only by written agreement of Buyer and Seller

**15. Severability.**

Any provision of this Agreement that shall be prohibited or unenforceable shall be deemed

ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof

**16. Entire Agreement.**

This Agreement sets forth all of the promises, covenants, agreements, conditions and undertakings between the parties hereto with respect to the subject matter hereof, and supersedes all prior and contemporaneous agreements and undertakings, inducements or conditions, express or implied, oral or written.

**17. Governing Law.**

This Agreement shall be governed by and construed in accordance with the laws of the State of Texas

**18. Counterparts.**

This Agreement may be executed in one or more counterparts all of which when taken together constitute one and the same instruments A signed counterpart is as binding as an original

**19. Headings, Exhibits.**

The headings used in this Agreement are for convenience only and shall not be used to limit or construe the contents of any of the sections of this Agreement. All lettered Exhibits are attached to and by this reference made a part of this Agreement

**20. Binding Effect.**

This Agreement shall be binding upon and inure to the benefit of the parties hereto, their successors and assigns

   **IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date and year first above written

**SELLER:**

(Veljaco Corporation), Carmen Veljanovich, Jose L. Hernandez, and Violeta Matos [SELLERS].

**BUYER:**

Odilia Melendez, and Fredy Omar Melendez [BUYERS].

By _____
Adilia Melendez

_____
Fredy Omar Melendez

_____
Carmen Veljanovich

_____
Jose L Hernandez

_____
Violeta Matos

4

# EXHIBIT A

## THE PREMISES

**803 E NASA RD., STE. 112**
**WEBSTER, TEXAS 77598**

### ASSETS PURCHASED

(2) MEAT MARKET EQUIPMENTS– ($10,000.00)

(4) REFRIGERATION EQUIPMENTS–($2,200.00)

ALL KITCHEN EQUIPMENT– ($5,000.00)

(3) FREEZER AND WALKING COOLERS--($10,000.00)

ALL COOKING UTENSILS– ($1,000.00)

(4) PREPARATION TABLES–($2,000.00)

(1) TELEVISION AND (1) SOUND EQUIPMENT– ($1,000.00)

(4) TABLES AND CHAIRS– ($1,000.00)

(1) CASH REGISTER–($300.00)

(4) MAIN SHELVING AND OTHER GROCERY SHELVING–($1,700.00)

CLEAR CREEK INDEPENDENT SCHOOL DISTRICT § IN THE 165TH DISTRICT COURT

VS § IN AND FOR

GNM ENTERPRISES D/B/A EL SUPER, ET AL § HARRIS COUNTY, TEXAS

## DEFAULT CHECKLIST
### HEARING DATE: 1/14/2015

| Default Defendants | FREDI OMAR MELENDEZ D/B/A EL SUPER MARKET AND TAQUERIA | | | |
|---|---|---|---|---|
| Named in "Live" Petition | YES | | | |
| Executed Return in file | YES | | | |
| Date of Service | 05/15/2013 | | | |
| Served in proper capacity | YES | | | |
| If R106 service 3 methods | N/A | | | |
| If SOS service Whitney cert. | N/A | | | |
| Ret. on file 10 days | YES | | | |
| Answer period expired | YES | | | |
| No answer in file | YES | | | |
| Notice to service address | YES | | | |
| Named in Judgment | YES | | | |
| Party dismissed by non-suit | N/A | | | |
| Certificate of Address | YES | | | |
| Non-Military Affidavit | YES | | | |

The tax master appointed in this case reports to the District Court that Default Judgment should be granted/denied in this case on the basis of this record

Signed on this the _____ day of __**FEB 1 8 2015**_____, 2015

Respectfully submitted,

FILED
Chris Daniel
District Clerk

JAN 1 4 2015

ie:_____
Harris County, Texas
_____
Deputy

KELLI HAMILTON
HARRIS County, Texas

CAUSE NO 2013-04925

CLEAR CREEK INDEPENDENT SCHOOL DISTRICT

§ IN THE 165TH DISTRICT COURT

VS

§ IN AND FOR

GNM ENTERPRISES D/B/A EL SUPER, ET AL

§ HARRIS COUNTY, TEXAS

## MASTER'S REPORT

HEARING DATE. 1/14/2015        Tax Master Fee  $35 00

The Master finds that all parties were properly cited and notified of this trial setting. Evidence reflecting the following was admitted and is attached hereto   Based on such evidence, the Master finds as follows

Account  P435453
Account  2205918500000

|  | Tax Years | Delinquent Base Tax | Penalty & Interest | 33.48 Atty's Fee | Title Research | Total |
|---|---|---|---|---|---|---|
| CLEAR CREEK ISD | 2008 | $666 44 | $743 75 | $0 00 | $150 00 . | $1,560 19 |
| HARRIS COUNTY | 2006 - 2008 | $544 29 | $717 94 | $ 00 | $ 00 | $1,262 23 |
| CITY OF WEBSTER | 2006 - 2008 | $169 91 | $227 76 | $ 00 | $ 00 | $397 67 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Perdue Brandon additional costs  $260 39

TO ALL PARTIES:  This constitutes notice under section 33 72 (c) of the Texas Property Tax Code of your right to appeal the master's ruling to the judge of the referring court in this case   In order to do so you must follow the deadlines and other applicable requirements set out in the Property Tax Code

SIGNED this _____ day of __FEB 1 8 2015_____, 2015

_____
KELLI HAMILTON

**FILED**
Chris Daniel
District Clerk

JAN 1 4 2015

Time:_____
Harris County, Texas

By_____
Deputy

CAUSE NO. 2013-04925

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 17, 2015(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____ -  INT
                      GENERAL PARTY INQUIRY             PAGE:   1 -    2

CASE NUM: 201304925__ PJN> __  TRANS NUM: _____ CURRENT COURT: 165 PUB? _
CASE TYPE: TAX DELINQUENCY                  CASE STATUS: DISPOSED (FINAL)
STYLE: CLEAR CREEK INDEPENDENT SCHOOL DI VS GNM ENTERPRISES (D/B/A EL SUPER)
==============================================================================
                      **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR         PERSON NAME           PTY    ASSOC. ATTY
  NUM    NUMBER                                         STAT
_     00014-0001 IVD         VELJANOVICH, CARMENT GLORIA
_     00013-0001 IVD         MELENDEZ, FREDI OMAR DBA EL SU  D
_     00012-0001 IVD         VELJACO CORPORATION DBA EL SUP
_     00011-0001 DEF         VELJANOVICH, CARMEN GLORIA
_     00010-0001 IVP 24041980 HARRIS COUNTY                    STONE, HERBER
_     00004-0002 IVD 00793281 ZAPATA, ARACELI (D/B/A EL SUPE   ARONOWITZ, MA
_     00009-0001 AGT         VELJACO CORPORATION (D/B/A EL
_     00008-0001 AGT         GNM ENTERPRISES (D/B/A EL SUPE

==> (15) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 17, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____ - INT
                       GENERAL PARTY INQUIRY           PAGE:   2 -   2

CASE NUM: 201304925__  PJN> __  TRANS NUM: _____ CURRENT COURT: 165 PUB? _
CASE TYPE: TAX DELINQUENCY                 CASE STATUS: DISPOSED (FINAL)
STYLE: CLEAR CREEK INDEPENDENT SCHOOL DI VS GNM ENTERPRISES (D/B/A EL SUPER)
=============================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00007-0001 DEF         MELENDEZ, FREDI OMAR (D/B/A EL  D
_     00006-0001 DEF         EL SUPER MEAT MARKET AND TAQUE  D
_     00005-0001 DEF 00793281 VELJACO CORPORATION (D/B/A EL     ARONOWITZ, MA
_     00004-0001 DEF 00793281 ZAPATA, ARACELI (D/B/A EL SUPE    ARONOWITZ, MA
_     00003-0001 DEF         EL SUPER                      D
_     00002-0001 DEF         GNM ENTERPRISES (D/B/A EL SUPE D
_     00001-0001 PLT 24075276 CLEAR CREEK INDEPENDENT SCHOOL   WIEHLE, ELIZA


==> (15) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```